In the Matter of the CITY OF NEW YORK, Appellant, against OSCAR KULLMANN et al., Respondents, et al., Defendants.

Argued April 18, 1945; decided July 19, 1945.

*Ignatius M. Wilkinson*, Corporation Counsel (*Morris Shapiro* of counsel), for appellant.

*Paxton Blair* and *Edward M. Edenbaum* for respondents.

Order affirmed, with costs, without prejudice to a new application by the City of New York to compel the retirement of respondent Kullmann, in accordance with the decision of this court in *Matter of City of New York* v. *Schoeck* (294 N. Y. 559) decided herewith, if respondent Kullmann is found to be disqualified for duty upon a new examination before a special medical board, as directed in *Matter of Kullmann* v. *Walsh* (294 N. Y. 557) decided herewith. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.